### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number:  08cv3489

Assigned/Issued  By:  j. n.

Judge Name:  der-yeghiayan

Designated Magistrate Judge:  brown

---

### FEE INFORMATION

**Amount Due:**   ☑ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____    Receipt #: 2867116_____

Date Payment Rec'd: 6-18-08_____    Fiscal Clerk:  j. n._____

---

### ISSUANCES

☑ Summons

☐ Third Party Summons

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____
    (Type of Writ)

☐ Alias Summons

☐ Lis Pendens

☐ Abstract of Judgment

_____
(Victim, Against and $ Amount)

☐ Other
_____
(Type of issuance)

2____ Original and 0____ copies on 6-18-08____ as to AON CONSULTING, INC.;____
                          (Date)

BMC SOFTWARE, LLC_____

_____