### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **MICHAEL SPHAR,** | ) |
| Plaintiff, | ) |
| v. | ) No. 08 C 3489 |
| **AON CONSULTING, INC., BMC SOFTWARE, INC., and HEWITT ASSOCIATES LLC,** | ) Judge Samuel Der-Yeghiayan |
| | ) Magistrate Judge Geraldine Soat Brown |
| Defendants. | ) |

### DEFENDANT'S AGREED MOTION TO EXTEND TIME
### TO ANSWER OR OTHERWISE PLEAD

Defendant, Aon Consulting, Inc. ("Defendant Aon"), by and through its attorneys, respectfully moves this Court to extend the time for it to answer or otherwise plead in this matter until August 8, 2008. In support, Defendant states as follows:

1. Defendant Aon's answer or other pleading is due on July 9, 2008.

2. Defendant Aon's retained the undersigned counsel on July 1, 2008.

3. In order to allow it to completely investigate this matter and prepare an initial responsive pleading, Defendant Aon seeks a thirty (30) day extension of time, until August 8, 2008, to answer or otherwise plead in this matter.

4. Plaintiff agrees to this extension.

5. Defendant has not sought any prior extensions in this case. This extension is sought in good faith and will not cause prejudice to the parties, and is not brought to delay these proceedings or for any purpose.

-2-

                Respectfully submitted,

                AON CONSULTING, INC.


        By:      s/Jody A. Boquist
                   One of Its Attorneys

Jody A. Boquist (#06209561)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street, Suite 2900
Chicago, IL  60601
312.372.5520

Dated: July 3, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Jonathan C. Goldman
Goldman & Ehrlich
jon@goldmanehrlich.com

                                                        s/Jody A. Boquist
                                                        Attorney for Defendant