IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL SPHAR,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 08 C 3489 ) |
| **AON CONSULTING, INC., BMC SOFTWARE, INC., and HEWITT ASSOCIATES LLC,** | ) Judge Samuel Der-Yeghiayan ) ) Magistrate Judge Geraldine Soat Brown |
| Defendants. | ) ) ) |

### NOTICE OF MOTION

To:   Jonathan C. Goldman, Goldman & Ehrlich, 19 South LaSalle Street, Suite 1500, Chicago, IL 60603, jon@goldmanehrlich.com

**PLEASE TAKE NOTICE** that on Monday, July 21, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Samuel Der-Yeghiayan, or any judge sitting in his stead, in Courtroom 1903, 219 S. Dearborn, Chicago, Illinois, and shall then and there present Defendant's Agreed Motion to Extend Time to Answer or Otherwise Plead, a copy of which is attached hereto at which time and place you may appear if you so see fit.

Respectfully submitted,

AON CONSULTING, INC.

By:   s/Jody A. Boquist
      One of Its Attorneys

Jody A. Boquist (#06209561)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street, Suite 2900
Chicago, IL  60601
312.372.5520

Dated: July 3, 2008

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 3, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Jonathan C. Goldman
Goldman & Ehrlich
jon@goldmanehrlich.com

                                          s/Jody A. Boquist
                                          Attorney for Defendant