IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL SPHAR,<br><br>      Plaintiff,<br><br>      v.<br><br>AON CONSULTING, INC., BMC SOFTWARE, INC., and HEWITT ASSOCIATES LLC,<br><br>      Defendants. | 08 cv 3489<br>Judge Der-Yeghiayan<br>Magistrate Judge Brown |

**DEFENDANT BMC'S CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant BMC Software, Inc. states that it has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

CHI-1657795v1

- 2 -

Dated: July 9, 2008                                        Respectfully submitted,

s/Efrat R. Schulman
_____
Michael J. Gray (6210880)
mjgray@jonesday.com
Efrat R. Schulman (6280999)
eschulman@jonesday.com
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
Telephone:     (312) 782-3939
Facsimile:       (312) 782-8585

CHI-1657795v1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2008, I electronically filed the foregoing *Corporate Disclosure Statement* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record at their e-mail address on file with the Court:

Jonathan C. Goldman

Arthur R. Ehrlich

Jody A. Boquist

s/Efrat R. Schulman
One of the Attorneys for Defendant BMC Software, Inc.

CHI-1657795v1