IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL SPHAR,**<br><br>              Plaintiff,<br><br>      v.<br><br>**AON CONSULTING, INC., BMC SOFTWARE, INC., and HEWITT ASSOCIATES LLC,**<br><br>              Defendant. | No.  08 C 3489<br><br>Judge Samuel Der-Yeghiayan<br>Magistrate Judge Geraldine Soat Brown |

## JOINT JURISDICTIONAL STATUS REPORT

**I.     SUBJECT MATTER JURISDICTION**

Plaintiff brings this suit alleging a violation of the Employment Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132 *et seq*., asserting that Defendants failed to abide by the Consolidated Omnibus Budget Reconciliation Act of 1986 ("COBRA"), 29 U.S.C. § 1161, *et seq*.  This Court has jurisdiction over the ERISA/COBRA suit pursuant to 28 U.S.C. § 1331, which provides that district courts have original jurisdiction over all civil actions arising from the laws of the United States.

**II.    VENUE (PLAINTIFF'S POSITION)**

Plaintiff resides in and was employed by BMC Software within the Northern District of Illinois.

Respectfully submitted,

| | |
|---|---|
| s/Marissa Ross Ingley | s/Jonathan C. Goldman (w/permission) |
| Jody A. Boquist | Jonathan C. Goldman |
| Marissa Ross Ingley | Arthur R. Ehrlich |
| LITTLER MENDELSON | Goldman & Ehrlich |
| A Professional Corporation | 19 South LaSalle Street, Suite 1500 |
| 200 N. LaSalle Street, Suite 2900 | Chicago, IL 60603 |
| Chicago, IL 60601 | (312) 332-6733 |
| 312.372.5520 | *Attorneys for Plaintiff* |
| *Attorneys for Defendant Aon Consulting, Inc.* | |

s/Efrat R. Schulman (w/permission)
Michael J. Gray
Efrat R Schulman
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692
(312) 782-3939
*Attorneys for Defendant BMC Software, Inc.*

## **CERTIFICATE OF SERVICE**

I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following attorneys of record on this 7th day of August, 2008:

Jonathan C. Goldman
Arthur R. Ehrlich
Goldman & Ehrlich
19 South LaSalle Street, Suite 1500
Chicago, IL 60603
(312) 332-6733
*Attorneys for Plaintiff*

Michael J. Gray
Efrat R Schulman
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692
(312) 782-3939
*Attorneys for Defendant BMC Software, Inc.*

                                         s/ Marissa Ross Ingley
                                         One of the Attorneys for Defendant Aon Consulting, Inc.