IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL SPHAR,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 08 C 3489 ) |
| **AON CONSULTING, INC., BMC SOFTWARE, INC., and HEWITT ASSOCIATES LLC,** | ) Judge Samuel Der-Yeghiayan ) ) Magistrate Judge Geraldine Soat Brown |
| Defendants. | ) |

**AON CONSULTING, INC.'S CORPORATE DISCLOSURE STATEMENT**

Defendant Aon Consulting, Inc., by and through its attorneys, and pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule of Civil Procedure 3.2 for its Corporate Disclosure Statement, states as follows:

Aon Corporation is Defendant's parent corporation and it owns 10% or more of Defendant's stock.

Respectfully submitted,

AON CONSULTING, INC.

By:   s/Marissa Ross Ingley
          One of Its Attorneys

Jody A. Boquist (#06209561)
Marissa Ross Ingley (#6278347)
LITTLER MENDELSON, P.C.
200 N. LaSalle Street, Suite 2900
Chicago, IL  60601
312.372.5520

Dated: August 8, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Jonathan C. Goldman
Goldman & Ehrlich
jon@goldmanehrlich.com

Michael J. Gray mjgray@jonesday.com
Efrat R. Schulman eschulman@jonesday.com
Jones Day

                                          s/Marissa Ross Ingley
                                          Attorney for Defendant