**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Michael Sphar

                     Plaintiff,

v.                                                Case No.: 1:08–cv–03489
                                                Honorable Samuel Der–Yeghiayan

AON Consulting, Inc., et al.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

    MINUTE entry before the Honorable Samuel Der–Yeghiayan:Status hearing held and continued to 09/24/08 at 9:00 a.m. Counsel for Plaintiff advised the Court that he anticipates Defendant Hewitt will be served shortly. Defendant Hewitt is given until 09/19/08 to answer or otherwise plead to Plaintiff's complaint. Plaintiff is warned that if Defendant Hewitt is not properly served pursuant to FRCP 4, Defendant Hewitt will dismissed as a named Defendant pursuant to FRCP 4. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.