AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MICHAEL SPHAR

CASE NUMBER: 08CV3849

V.

ASSIGNED JUDGE: Judge DER-YEGHIAYAN

AON CONSULTING, INC., BMC SOFTWARE, LLC, and HEWITT ASSOCIATES, INC.

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge BROWN

TO: (Name and address of Defendant)

HEWITT ASSOCIATES, LLC
c/o Registered Agent
JEFFREY C. EVERETT
100 Half Day Road
Lincolnshire, IL 60069

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan C. Goldman
GOLDMAN & EHRLICH
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

*Cynthia Mercado* 

(By) DEPUTY CLERK

August 5, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me [1] || DATE 8-12-08 2:47 p.m. |
| NAME OF SERVER (PRINT) Michael Milazzo || TITLE Process Server |
| Check one box below to indicate appropriate method of service ||||

☒ Served personally upon the defendant. Place where served: 3 Overlook Point Lincolnshire IL. On Reg Agents office Ann Olszewski Attorney Female, Caucasian, 5'-9", 160 lbs, Brown/Red.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-12-08           *[signature]*
                Date            Signature of Server

221 N. LaSalle ST 1200 chgo IL 60601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.