IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL SPHAR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AON CONSULTING, INC., BMC ) <br> SOFTWARE, INC., and HEWITT ) <br> ASSOCIATES LLC, ) <br> ) <br> Defendants. ) | Case No. 08 C 3489 <br><br> Judge DER-YEGHIAYAN <br><br> Magistrate Judge Brown |

## NOTICE OF FILING

Michael J Gray, Esq.
Efrat R Schulman, Esq.
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Jody A. Boquist, Esq.
Marissa Ross Ingley, Esq.
LITTLER MENDELSON, P.C.
200 North LaSalle Street
Suite 2900
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on the 20th day of August 2008, we filed the attached RETURN OF SERVICE – EXECUTED as to Hewitt Associates, LLC, in the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

/s/ Jonathan C. Goldman
Jonathan C. Goldman of GOLDMAN & EHRLICH
as attorney for Plaintiff MICHAEL SPHAR

## PROOF OF SERVICE

I, Jonathan C. Goldman, an attorney on oath, hereby certify that on August 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the above parties.

/s/ Jonathan C. Goldman

LAW OFFICES
**GOLDMAN & EHRLICH**
19 SOUTH LA SALLE STREET
SUITE 1500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06210828